UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA and JOHN BAUMANN, as Guardians for R.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>INTEX RECREATION CORP.,<br><br>Defendant. | C16-470 TSZ<br><br>ORDER |

On July 21, 2016, the Court approved the settlement of minor R.B.'s claims, and directed that proof of annuity acquisition be filed within 60 days.  Order (docket no. 13).  Having reviewed the Statement of Irrevocable Guarantee and the Settlement Annuity Contract filed by plaintiffs' counsel, docket no. 15-1, the Court is satisfied that the parties have complied with the Order entered July 21, 2016, concerning a structured settlement.  Pursuant to the stipulation of the parties, docket no. 14, this case is hereby DISMISSED with prejudice and without costs to any party.

IT IS SO ORDERED.

Dated this 3rd day of October, 2016.

                                                                     */s/ Thomas S. Zilly*
                                                           Thomas S. Zilly
                                                           United States District Judge

ORDER - 1